UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE NATIONAL
CIVIL COURT OF FIRST INSTANCE
NO. 48 IN BUENOS AIRES,
ARGENTINA IN THE MATTER OF
MARIA TERESA FERNANDEZ

Case No. _____

/

## DECLARATION OF TRIAL ATTORNEY KRYSTA M. STANFORD

I, Krysta M. Stanford, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Trial Attorney at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance. I make this declaration upon information and belief based upon the attached exhibits and communications received from the National Civil Court of First Instance No. 48 in Buenos Aires, Argentina ("Argentine Court"). I make this declaration in support of the Government's request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining financial records from Epic Capital Securities Corp. ("Epic Capital").

2. In connection with a pending judicial proceeding captioned *Matter of Maria Teresa Fernandez*, Foreign Reference Number 2088/2025, the Argentine Court issued a Letter of Request seeking information from Epic Capital A true and correct redacted copy of the translated Letter of Request received from the Argentine Court is attached as Exhibit 1.

3. The specific information requested by the Argentine Court is reflected in a subpoena addressed to Epic Capital, which the United States intends to serve (in substantially similar format) upon my appointment as Commissioner. A copy of the proposed subpoena is attached as Exhibit 2.

4. In order to assist the Argentine Court in obtaining the requested information, I respectfully request that this Court enter the proposed Order attached to the Application appointing me Commissioner.

5. No previous application for the relief sought herein has been made.

I declare under penalty of perjury that the foregoing is true and correct.

Washington, D.C.
March 3, 2026

                                              /s/ Krysta M. Stanford
                                              Krysta M. Stanford
                                              Trial Attorney