# Exhibit 1



República Argentina - Poder Ejecutivo Nacional

**Nota**

Número: NO-2026-00464787-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Viernes 2 de Enero de 2026

**Referencia:** COPMC-NOR-HCCH-PRBA-CARPE 2088/2025-"FERNANDEZ MARIA TERESA S/ SUCESION AB-INTESTATO"-EX-2025-95821096- -APN-DGD#MRE-ESTADOS UNIDOS

**A:** (C-PDF) Autoridad Central EUA (OIJA@usdoj.gov),

**Con Copia A:**

---

**De mi mayor consideración:**

Tengo el agrado de dirigirme a Ud. en mi carácter de Autoridad Central designada en el Convenio de La Haya de 18 de marzo de 1970 sobre la Obtención de Pruebas en el Extranjero en materia Civil y Comercial con el objeto de remitir un exhorto librado por el Juzgado Nacional de Primera Instancia en lo Civil N°48 de la Ciudad de Buenos Aires, República Argentina, en los autos caratulados **"FERNANDEZ MARIA TERESA S/ SUCESION AB-INTESTATO"(Expte. N° 21221/2016),** a los fines de su diligenciamiento de estilo.

La rogatoria, librada en los términos del instrumento internacional mencionado, tiene por objeto solicitar informes a *Epic Capital Securities.*

Se solicita que una vez diligenciada la misma sea remitida a esta Autoridad Central al correo institucional cooperacion-civil@mrecic.gov.ar a los fines de su posterior devolución al Juzgado exhortante.

Se remite un archivo embebido. Para poder visualizarlo es necesario descargar la nota, y sobre el margen izquierdo, seleccionar el símbolo de clip, allí se desplegará el archivo embebido. Se sugiere abrir la nota desde el programa Adobe Reader.

CYN

JAN 6 2026
189-44-26-59

Sin otro particular saluda atte.

Digitally signed by GESTION DOCUMENTAL ELECTRONICA - GDE
Date: 2026.01.02 16:51:11 -03:00

Aldana Rohr
Directora
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto

Digitally signed by GESTION DOCUMENTAL
ELECTRONICA - GDE
Date: 2026.01.02 16:51:11 -03:00

TRADUCCIÓN PÚBLICA.----

SWORN TRANSLATION.----

DIPLOMATIC LETTER ROGATORY.----

There appears the seal of the National Civil Court of First Instance Nº 48-Autonomous City of Buenos Aires.----

National Civil Court of First Instance Nº 48 in and for the Autonomous City of Buenos Aires, Argentine Republic, with jurisdiction over civil matters under the charge of the Judge **Julio Carlos SPERONI**, Sole Court Office under the charge of Ms. **Paula BENZECRY**, Attorney, to the appropriate Judicial Authority having jurisdiction in 1951 NW 19th. Street, Suite 203, Boca Ratón, FL 33431, United States of America.----

**DOES HEREBY GREET, REQUEST AND MAKE KNOWN:** That before this National Civil Court of First Instance Nº 48 of the Autonomous City of Buenos Aires under the charge of Judge Julio Carlos SPERONI, Sole Court Office under the charge of Paula BENZECRY, Attorney, located at 714 Uruguay Street, 3rd Floor, Autonomous City of Buenos Aires, Argentine Republic, a civil proceeding entitled "**Fernández, María Teresa vs Intestate Succession Proceedings**" (File Nº CIV 21221/2016) was filed. In the referred case it has been resolved to request your judicial assistance through this Letter Rogatory to request to **EPIC CAPITAL SECURITIES CORP.** with registered domicile at 1951 NW 19th. Street, Suite 203, Boca Ratón, FL 33431, United States of América to provide the following information:----

a) Whether account number ▇▇▇▇▇ appears and/or did appear in the records of that entity.----

b) If so, whether such account is open or has at any time been opened in the name of Mr. Raúl Ramón Madueño and Mrs. María Teresa Fernández, indicating the domicile(s) reported by the account holders.----

c) The names and full personal data corresponding to the persons authorized to operate with mentioned account and to make transactions or transfers of money to other accounts.----

d) The date on which said account was opened and the balance of mentioned account as of February 4th., 2016.----

e) Report all transactions that could have been made from said account from February 4th., 2016 to the date of the report.----

f) Full data of the person who requested and carried out such transactions, indicating whether such person had sufficient powers to operate with said account in case of death of one of the joint account holders.----

g) Whether the death of Mrs. MARÍA TERESA FERNÁNDEZ has been reported to that entity. If so, please indicate the date. ------------------------------------------------------

h) Which is the current status of the mentioned account and if, as the result of the death of Mrs. María Teresa Fernández, account ▇▇▇▇▇▇ could be operated by any of the authorized persons and/or co-holders. ----------------------------------------------------

As supporting evidence, it is hereby textually copied the relevant part of the judicial interlocutory order stating: *"Buenos Aires, May 26th., 2025... V. 1. It is hereby ordered that a diplomatic letter rogatory be issued to the Judge of the corresponding jurisdiction and an official letter to the Ministry of Foreign Affairs and Worship so that they may proceed through mentioned Ministry of Foreign Affairs to forward said proceedings... 2. Regarding the request to release from compliance with bank secrecy, take note and make known the requirements.... Signed: Julio Carlos Speroni, Judge." "Buenos Aires, July 16th., 2025. I. Considering the silence kept in this regard by the co-heir Madueño, the order dated May 26th., 2025 point VI.1 is extended stating that the official letter must indicate that the presiding judge has ordered the lifting of bank secrecy (Section 39 of Law Nº 21.526) ... Signed: Julio Carlos Speroni, Judge."*

For compliance purposes with agreements made among member-states incorporated into the Argentine legal system by Law Nº 25.935 it is hereby informed as follows: ------

  a) That the parties involved in this proceeding are: **DIEGO MARCELO RANEA** with actual domicile at 2175 Eduardo Schiaffino St., 3rd. Floor, Apartment "B" of the Autonomous City of Buenos Aires, Argentine Republic and **RAÚL RAMÓN MADUEÑO** with actual domicile at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ----------------
  b) That the requested information is necessary to determine the existence of assets or sums of money, within the Argentine Republic or abroad, that should be included in the inheritance estate of Mrs. MARÍA TERESA FERNÁDEZ. -------------
  c) That the lifting of bank secrecy has been ordered for the purposes of responding to this letter rogatory pursuant to the provisions of section 39 of Law 21.526. ---

Mr. Ricardo Martín Ostuni Rocca, Attorney, is authorized to execute this document before the Ministry of Foreign Affairs and Worship of the Argentine Nation. ----------

It is also hereby made known that the resolution ordering this letter rogatory is final. ---

The undersigned respectfully requests Your Honor to follow the necessary steps to fulfil this diplomatic request, offering reciprocity in similar cases. -------------------------------

Delivered, sealed and signed in the Court Office under my charge located in the Autonomous City of Buenos Aires, on November 27th., 2025. -------------------------------

There is an illegible signature – Paula Benzecry -Clerk. ----------------------------------------

There is an illegible signature – Julio Carlos Speroni – Judge. ----------------------------------

**THIS IS A TRUE TRANSLATION** into English of the attached document in Spanish which I had before me, I attest, in the Autonomous City of Buenos Aires, on November 28th., 2025. ---------------------------------------------------------------------------------------

Translation of 3 (three) pages digitally signed. -------------------------------------------

**ES TRADUCCIÓN FIEL** al idioma Inglés del documento adjunto redactado en idioma Español que tuve ante mí y al cual me remito en la Ciudad Autónoma de Buenos Aires, a los 28 días de Noviembre de 2025. ----------------------------------------------------------

Traducción de 3 (tres) páginas firmada digitalmente. ------------------------------------

ALLEGRETTO Silvia Beatriz

Firmado digitalmente por ALLEGRETTO Silvia Beatriz
Fecha: 2025.12.04 13:57:18 -03'00'